| | |
|---|---|
| 1 | Steve A. Miller (*Pro Hac Vice to be filed*) |
| |    E-Mail: smiller@fisherphillips.com |
| 2 | FISHER & PHILLIPS LLP |
| | 10 South Wacker Drive, Suite 3450 |
| 3 | Chicago, Illinois 60606 |
| | Telephone: (312) 346-8061 |
| 4 | Facsimile: (312) 346-3179 |
| 5 | Kelsey D. Cully (SBN 305372) |
| |    E-Mail: kcully@fisherphillips.com |
| 6 | FISHER & PHILLIPS LLP |
| | 4747 Executive Drive, Suite 1000 |
| 7 | San Diego, California 92121 |
| | Telephone: (858) 597-9600 |
| 8 | Facsimile: (858) 597-9601 |
| 9 | Attorneys for Defendant, |
| | LIBERTY STATION HHG HOTEL LP DBA |
| 10 | COURTYARD MARRIOTT LIBERTY STATION |
| 11 | P. Kristofer Strojnik (SBN 242728) |
| |    E-Mail: pstrojnik@strojniklaw.com |
| 12 | LAW OFFICES OF PETER STROJNIK |
| | Esplanade Center III, Suite 700 |
| 13 | 2415 East Camelback Road |
| | Phoenix, Arizona 85016 |
| 14 | Telephone: (602) 510-9409 |
| 15 | Attorney for Plaintiff, |
| | Theresa Brooke |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No.: 3:20-cv-1333-W-WVG |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT;** ***AMENDED* JOINT STIPULATION AND ORDER** |
| LIBERTY STATION HHG HOTEL LP, a Texas limited partnership dba Courtyard Marriott Liberty Station, | |
| Defendant. | Complaint Filed: July 15, 2020<br>Trial Date: None Set |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

As previously noted on September 16, 2020 [*see* Document 9], Plaintiff THERESA BROOKE ("Plaintiff") and Defendant LIBERTY STATION HHG HOTEL LP ("Defendant") (hereinafter collectively referred to as the "parties") have settled this matter in all respects.

Counsel for the parties are still in the process of finalizing the written settlement agreement. The parties hereby request an additional fourteen (14) days to file the Stipulation re: Dismissal with prejudice. In the meantime, the parties request that the Court vacate all deadlines as set forth in the September 14, 2020 Notice and Order for (1) Video Early Neutral Evaluation Conference and (2) Telephonic Status Conference.

IT IS SO STIPULATED.

Respectfully submitted,

DATE: October 13, 2020         FISHER & PHILLIPS LLP

By:  /s/ Kelsey D. Cully
Steve A. Miller, Esq.
Kelsey D. Cully, Esq.
Attorneys for Defendant,
LIBERTY STATION HHG HOTEL LP
DBA COURTYARD MARRIOTT
LIBERTY STATION

DATE: October 13, 2020         LAW OFFICES OF PETER STROJNIK

By:  /s/ Peter Strojnik
Peter Strojnik, Esq.
Attorney for Plaintiff,
THERESA BROOKE

**ATTESTATION REGARDING ELECTRONIC SIGNATURES**

I, Kelsey D. Cully, attest that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

DATE: October 13, 2020         FISHER & PHILLIPS LLP

                      By:   /s/ Kelsey D. Cully
                            Kelsey D. Cully, Esq.

1     Having considered the parties' Notice of Settlement and Joint Stipulation, the Court finds good cause and **HEREBY ORDERS** as follows:

    All deadlines as set forth in the September 14, 2020 Notice and Order for (1) Video Early Neutral Evaluation Conference and (2) Telephonic Status Conference have been VACATED pending the parties' settlement.

**THE COURT ALSO ORDERS** that:

_____

_____

_____

_____

_____

_____.

**IT IS SO ORDERED.**

DATE: _____, 2020

Hon. Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On October 13, 2020, I served the foregoing document entitled **NOTICE OF SETTLEMENT; JOINT STIPULATION AND ORDER** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| P. Kristofer Strojnik (SBN 242728)<br>**Law Offices of Peter Strojnik**<br>Esplanade Center III, Suite 700<br>2415 East Camelback Road<br>Phoenix, AZ 85016 | T: 602-510-9409<br>E: pstrojnik@strojniklaw.com<br><br>Attorney for Plaintiff, Theresa Brooke |

☐ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed October 13, 2020 at San Diego, California.

| Amanda Funkhouser | By: *Amanda Fn* (signature) |
|---|---|
| Print Name | Signature |

FP 38836522.1