Steve A. Miller (*Pro Hac Vice to be filed*)
E-Mail: smiller@fisherphillips.com
FISHER & PHILLIPS LLP
10 South Wacker Drive, Suite 3450
Chicago, Illinois 60606
Telephone: (312) 346-8061
Facsimile: (312) 346-3179

Kelsey D. Cully (SBN 305372)
E-Mail: kcully@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendant,
LIBERTY STATION HHG HOTEL LP DBA
COURTYARD MARRIOTT LIBERTY STATION

P. Kristofer Strojnik (SBN 242728)
E-Mail: pstrojnik@strojniklaw.com
LAW OFFICES OF PETER STROJNIK
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 510-9409

Attorney for Plaintiff,
Theresa Brooke

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY STATION HHG HOTEL LP, a Texas limited partnership dba Courtyard Marriott Liberty Station,<br><br>Defendant. | Case No.: 3:20-cv-1333-W-WVG<br><br><br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Complaint Filed: July 15, 2020<br>Trial Date: None Set |

1 The parties to this action, acting through counsel, and pursuant to Federal
2 Rule of Civil Procedure 41(1)(A)(ii) and Local Rule 77.2(c) hereby stipulate, in
3 consideration of a negotiated settlement executed by them, to Dismissal of this
4 action with Prejudice, including all claims and counterclaims stated herein against
5 all parties, with each party to bear her and its own attorneys' fees and costs.

Respectfully submitted,

DATE: October 30, 2020         FISHER & PHILLIPS LLP

By:   */s/ Kelsey D. Cully*
      Steve A. Miller, Esq.
      Kelsey D. Cully, Esq.
      Attorneys for Defendant,
      LIBERTY STATION HHG HOTEL LP
      DBA COURTYARD MARRIOTT
      LIBERTY STATION

DATE: October 30, 2020         LAW OFFICES OF PETER STROJNIK

By:   */s/ Peter Strojnik*
      Peter Strojnik, Esq.
      Attorney for Plaintiff,
      THERESA BROOKE

1   Case No. 3:20-cv-1333-W-WVG
JOINT MOTION FOR DISMISSAL

FP 38900829.1

**ATTESTATION REGARDING ELECTRONIC SIGNATURES**

I, Kelsey D. Cully, attest that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

DATE: October 30, 2020                     FISHER & PHILLIPS LLP

                                           By: _____
                                               Kelsey D. Cully, Esq.

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On October 30, 2020, I served the foregoing document entitled **JOINT MOTION FOR DISMISSAL** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| P. Kristofer Strojnik (SBN 242728) | T: 602-510-9409 |
| **Law Offices of Peter Strojnik** | E: pstrojnik@strojniklaw.com |
| Esplanade Center III, Suite 700 | |
| 2415 East Camelback Road | Attorney for Plaintiff, Theresa Brooke |
| Phoenix, AZ 85016 | |

☐ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed October 30, 2020 at San Diego, California.

Gwen Nuttall
Print Name

By: *[Signature]*

FP 38900829.1

1   Case No. 3:20-cv-1333-W-WVG
CERTIFICATE OF SERVICE