# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY STATION HHG HOTEL LP,<br><br>　　　　　　　　　Defendants. | Case No.:  20-CV-1333 W (WVG)<br><br>**ORDER CLOSING DISTRICT COURT CASE FILE** |
|---|---|

The parties have filed a stipulation for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Doc. 12].[1]  The stipulation **DISMISSES** this matter **WITH PREJUDICE**.  Accordingly, the Clerk shall close the District Court case file.

**IT IS SO ORDERED**.

Dated:  November 18, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

---

[1] The stipulation was titled "Joint Motion for Dismissal." However, the document does not request dismissal by the Court and instead states the parties have stipulated to the dismissal.